Ira S. Van Auken, Respondent, v. Edwin Clute, Appellant.— Judgment reversed and a new trial granted, with costs of this appeal to the appellant.—

PER CURIAM: On the trial in the court below the defendant conceded an indebtedness to the plaintiff on account of the claim set out in the complaint for the sum of seventy-nine dollars and forty-five cents. The jury rendered a verdict for ninety-six dollars and eighty cents. We do not deem it necessary to enter into a discussion as to the evidence, but we have carefully considered it, and are unable to see how this verdict can be sustained. The plaintiff was entitled to a verdict for the amount admitted by the defendant, but beyond that sum the finding of the jury is not founded upon any sufficient testimony, but rather upon mere conjecture. In fact, the evidence did not sustain a verdict for the amount admitted, but of course such admission would have sustained a finding for that sum. We cannot properly direct a final judgment for the amount of damages for which the judgment should have been rendered, as upon a new trial the plaintiff may be able, by new evidence, to establish his entire claim. The difference between the amount of damages for which the judgment is entered and the sum admitted is small, but the objection to a larger recovery than seventy-nine dollars and forty-five cents was distinctly raised on the trial; hence we are of opinion that the judgmen⸱ should be reversed, and a new trial granted, with costs of the appeal to the appellant. All concurred.

William Cox, Respondent, v. The Union Electric Railway Company of Saratoga, Appellant.— Judgment affirmed, with costs, with leave to answer over in twenty days upon payment of costs. All concurred. No opinion.

Addison Cavin and Willis H. Cavin, Respondents, v. Eliza M. Campbell, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. All concurred.

Lewellyn D. Cyphers, Appellant, v. The City of Johnstown, Respondent.— Judgment and order affirmed, with costs. No opinion. All concurred.

The Colonial City Traction Company, Respondent, v. The Kingston City Railroad Company, Appellant, Impleaded with Others.— Reargument ordered to be had January 26, 1897, at the opening of court.

Mary A. Dawson, as Executrix, etc., of Michael Eagan, Deceased, Appellant, v. The Pioneer Building, Loan · and Savings Association of Troy, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Kate Marley, Respondent, v. The City of Cohoes, Appellant.— Judgment and order affirmed, with costs. All concurred. No opinion.

Thomas Mullen, Respondent, v. The Village of Glens Falls, Appellant.— Motion for leave to go to the Court of Appeals denied. No opinion.

Robert A. McGillis and Another v. Ewen McGillis and Others.— Motion for leave to go to the Court of Appeals denied. No opinion.

Charles L. Pond, Respondent, v. Lucinda P. Rawson, Appellant.— Judgment affirmed, with costs, with leave to answer over in twenty days upon payment of costs. All concurred. No opinion.

The People of the State of New York, Respondent, v. Thomas J. Kelly, Appellant. —Motion to amend the order denied.

Webster Sherwood and William H. McGrath, Respondents, v. The New York, Ontario and Western Railway Company, Appellant. — Judgment affirmed, with costs. All concurred. No opinion.

Emma Van Wert, Appellant, v. The St. Paul Fire and Marine Insurance Company, Respondent.— Judgment affirmed, with costs. No opinion. All concurred, except Putnam, J., dissenting.